# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN J. EVANITUS,** | : | CIVIL ACTION NO. 3:16-CV-845 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 10th day of April 2018, upon consideration of the Stipulation (Doc. 19), it is hereby ORDERED that Plaintiff, Steven J. Evanitus, is awarded Five Thousand, Six Hundred Dollars ($5,600) in attorney fees under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania